Sup. Ct. Neb.;
Sup. Ct. Ariz.;
Sup. Ct. Ala.;
Sup. Ct. Tenn.;
Sup. Ct. Ill.;
Sup. Ct. Ohio; and
C. A. 8th Cir. Certiorari denied. Reported below: No. 90-6259, 235 Neb. 770, 457 N. W. 2d 431; No. 90-6578, 165 Ariz. 51, 796 P. 2d 853; No. 90-6639, 554 So. 2d 1111; No. 90-6682, 137 Ill. 2d 500, 561 N. E. 2d 57; No. 90-6711, 53 Ohio St. 3d 107, 559 N. E. 2d 710; No. 90-6739, 912 F. 2d 924.